# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JACK J. NELSON

       **Plaintiff,**

    vs.                            **8:14CV00369**

**ROBERT A. MCDONALD, SECRETARY,**
**DEPARTMENT OF VETERANS**                       **ORDER**
**AFFAIRS,**

                    **Defendant.**

Pursuant to the Joint Motion for Extension of Final Progression Order filed by the parties on November 13, 2015 ([Filing 30](#)), seeking to extend certain deadlines in the Order Setting Final Schedule for Progression of Case ([Filing 23](#)):

**IT IS ORDERED:**  The following amendments to the deadlines contained in the Order Setting Final Schedule for Progression of Case ([Filing 23](#)) are adopted:

1.    **Motions for Summary Judgment.**  Motions for summary judgment shall be filed not later than **March 4, 2016**.

2.    **Discovery Deadlines:**

    a.    **Deposition Deadlines.**  All depositions, whether or not they are intended to be used at trial, shall be completed by **January 15, 2016**.

3.    **Pretrial Disclosures.**

    a.    **Nonexpert Witnesses – On or before April 22, 2016:**  The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

b.     **Trial Exhibits – On or before April 22, 2016**:  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

4.     **Motions in Limine.**  Motions in limine, other than motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, shall be filed on or before **May 9, 2016**.

5.     **The Final Pretrial Conference** with the undersigned magistrate judge is set for **May 16, 2016, at 9:30 A.M.** in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

6.     A **jury trial** is set to commence, at the court's call, during the week of **June 6, 2016**, in Omaha, Nebraska, before the Honorable F.A. Gossettt, III, United States Magistrate Judge.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

7.     The remaining provisions and deadlines contained in the Order Setting Final Schedule for Progression of Case (Filing 23) are not amended by this Order.

**DATED November 23, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge