IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | Case No. 8:14cv369 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT A. McDONALD, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the undersigned magistrate judge by Lynnett M. Wagner and Thomas M. White, counsel for the parties,

**IT IS ORDERED:**

1. On or before **October 26, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to F.A. Gossett, United States Magistrate Judge, at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for November 14, 2016, and the jury trial set for December 13, 2016, are cancelled upon the representation that this case is settled.

Dated: July 28, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge